WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '08 FEB 04 13:25 USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KEVIN DELANEY,**                                             CV # 06-1864-CL

    Plaintiff,

vs.                                                     ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $6,150.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 4 day of Feb, 2007.

                                                    /s/ [signature]
                                                 United States District / Magistrate Judge

Submitted on January 31, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1