WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '09 APR 17 16:50 USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KEVIN DELANEY,**                                                                               CV 06-1864-CL

    Plaintiff,

vs.                                                                                        ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

      Attorney fees in the amount of $18,183.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,150.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $12,033.50, minus any user fee. Plaintiff's attorney may request additional fees when award notices are processed for the claimant's auxiliary beneficiaries.

      DATED this 17 day of April, 2009.

                                               /s/ Owen M. Panner
                                             United States District / Magistrate Judge

Presented by:
/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1